UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. CV 22-8982-MEMF (KS) | Date: September 19, 2025 |
| Title  *Sheik M. Morgan El v. Holly J. Mitchell et al.* | |

Present: The Honorable:   Karen L. Stevenson, Chief U.S. Magistrate Judge

| G. Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:  N/A          Attorneys Present for Defendants:  N/A

**Proceedings: (IN CHAMBERS) ORDER RE: STIPULATED PROTECTIVE ORDER [DKT. NO. 56]**

The Court is in receipt of the parties' Stipulated Protective Order filed by attorneys for Defendants on September 18, 2025 ("SPO"). (Dkt. No. 56.) However, Chief Magistrate Judge Stevenson's posted procedures provide as follows: "All proposed orders approving stipulated protective orders must be submitted (1) in Word format, and (2) including the full text of the stipulated protective order and the signatures of all stipulating counsel."

Accordingly, the parties are encouraged to thoroughly review the procedures on Judge Stevenson's webpage.[1] Additionally, the parties must email a complete Word version of the SPO – that includes the signatures of both stipulating counsel – to Judge Stevenson's chambers **on or before Friday, September 26, 2025**. The parties are also reminded that they will receive expedited consideration if they provide a red-lined comparison between the form SPO on the Court's website and their SPO. If the parties fail to comply with this Order, the SPO will be denied.

**IT IS SO ORDERED.**

:
**Initials of Preparer**   gr

---

[1] Chief Magistrate Judge Stevenson's procedures are available at http://apps.cacd.uscourts.gov/Jps/honorable-karen-l-stevenson.